Argued and submitted July 18, reversed and remanded for reconsideration August 17, 1988

In the Matter of the Compensation of
Gabino R. Orozco, Claimant.

OROZCO,
*Petitioner,*

*v.*

U&I GROUP, INC.,
*Respondent.*

(WCB 85-10736; CA A46716)

758 P2d 894

Kenneth D. Peterson, Jr., Hermiston, argued the cause and filed the brief for petitioner.

Janet Schroer, Portland, argued the cause for respondent. On the brief were Ridgway K. Foley, Jr., P.C., and Schwabe, Williamson & Wyatt, Portland.

Before Warden, Presiding Judge, and Van Hoomissen and Graber, Judges.

PER CURIAM

**PER CURIAM**

The petition for review in this workers' compensation case was filed on December 4, 1987. We therefore review for substantial evidence. *Armstrong v. Asten-Hill Co.,* 90 Or App 200, 752 P2d 312 (1988). The referee's order and the Board's order, which affirmed it without comment, are not adequate for judicial review. *Armstrong v. Asten-Hill Co., supra,* 90 Or App at 205.

Reversed and remanded for reconsideration.